**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 11-36189-DRC |
| | § | |
| CLEAR BLUE LUBE, INC. | § | |
| | § | |
| | § | |
| Debtor | § | |

**TRUSTEE'S FINAL REPORT**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter <u>7</u> of the United States Bankruptcy Code was filed on <u>09/02/2011</u>. The undersigned trustee was appointed on <u>09/02/2011</u>.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                                    $18,157.73

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | $0.00 |
   | Administrative expenses | $16.02 |
   | Bank service fees | $239.01 |
   | Other Payments to creditors | $0.00 |
   | Non-estate funds paid to 3rd Parties | $0.00 |
   | Exemptions paid to the debtor | $0.00 |
   | Other payments to the debtor | $0.00 |
   | Leaving a balance on hand of[1] | $17,902.70 |

   The remaining funds are available for distribution.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 01/13/2012 and the deadline for filing government claims was 01/13/2012. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $2,565.77. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $2,565.77, for a total compensation of $2,565.77[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $280.00, for total expenses of $280.00.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 07/26/2012                        By:   /s/ David E. Grochocinski
                                              Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1     Exhibit A

| Case No.: | 11-36189-DRC | Trustee Name: | David E. Grochocinski |
|---|---|---|---|
| Case Name: | CLEAR BLUE LUBE, INC. | Date Filed (f) or Converted (c): | 09/02/2011 (f) |
| For the Period Ending: | 7/26/2012 | §341(a) Meeting Date: | 10/11/2011 |
| | | Claims Bar Date: | 01/13/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. DA=§ 554(c) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **Ref. #** | | | | | |
| 1  CHECKING ACCOUNT | $10,000.00 | $10,000.00 | | $11,872.28 | FA |
| 2  CHECKING ACCOUNT | $100.00 | $100.00 | | $35.05 | $64.95 |
| 3  MACHINERY, ETC. | $27,580.00 | $27,580.00 | DA | $0.00 | FA |
| 4  INVENTORY | $6,000.00 | $6,000.00 | DA | $0.00 | FA |
| 5  PREFERENCE (u) | $6,250.00 | $0.00 | | $6,250.00 | FA |
| INT  Interest Earned (u) | Unknown | Unknown | | $0.40 | Unknown |

**TOTALS (Excluding unknown value)**                                                                                   **Gross Value of Remaining Assets**
                            $49,930.00            $43,680.00                            $18,157.73                  $64.95

**Major Activities affecting case closing:**
SETTLEMENT TRANSFER ISSUES WITH FORMER LANDLORD; CLEARED BANK ACCOUNT AND ONE ACCOUNT CLOSURE PENDING; AWAITING FUNDS FROM BANK; WAITING FOR TAX RETURNS AND EXPIRATION OF BAR DATE

**Initial Projected Date Of Final Report (TFR):** 12/30/2012     **Current Projected Date Of Final Report (TFR):** 12/30/2012     /s/ DAVID E. GROCHOCINSKI
                                                                                                                                   DAVID E. GROCHOCINSKI

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |  | | |
|---|---|---|---|---|
| Case No. | 11-36189-DRC | | Trustee Name: | David E. Grochocinski |
| Case Name: | CLEAR BLUE LUBE, INC. | | Bank Name: | The Bank of New York Mellon |
| Primary Taxpayer ID #: | ******6156 | | Money Market Acct #: | ******4865 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Money Market Account |
| For Period Beginning: | 9/2/2011 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 7/26/2012 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/01/2011 | (1) | STANDARD BANK | TURNOVER OF BANK ACCOUNT | 1129-000 | $11,872.28 | | $11,872.28 |
| 11/22/2011 | (5) | TCF | SETTLEMENT PER ORDER OF 12/2/11 | 1241-000 | $6,250.00 | | $18,122.28 |
| 11/30/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.10 | | $18,122.38 |
| 11/30/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $25.76 | $18,096.62 |
| 12/30/2011 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.15 | | $18,096.77 |
| 12/30/2011 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $37.18 | $18,059.59 |
| 01/31/2012 | (INT) | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | $0.15 | | $18,059.74 |
| 01/31/2012 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | $39.47 | $18,020.27 |
| 02/07/2012 | | Green Bank | Transfer Funds | 9999-000 | | $18,020.27 | $0.00 |
| | | | TOTALS: | | $18,122.68 | $18,122.68 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $18,020.27 | |
| | | | Subtotal | | $18,122.68 | $102.41 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $18,122.68 | $102.41 | |

**For the period of 9/2/2011 to 7/26/2012**

| | |
|---|---|
| Total Compensable Receipts: | $18,122.68 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $18,122.68 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $102.41 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $102.41 |
| Total Internal/Transfer Disbursements: | $18,020.27 |

**For the entire history of the account between 11/01/2011 to 7/26/2012**

| | |
|---|---|
| Total Compensable Receipts: | $18,122.68 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $18,122.68 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $102.41 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $102.41 |
| Total Internal/Transfer Disbursements: | $18,020.27 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 11-36189-DRC | Trustee Name: | David E. Grochocinski |
|---|---|---|---|
| Case Name: | CLEAR BLUE LUBE, INC. | Bank Name: | The Bank of New York Mellon |
| Primary Taxpayer ID #: | ******6156 | Checking Acct #: | ******4866 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Checking Account |
| For Period Beginning: | 9/2/2011 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 7/26/2012 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | | | | Deposit | Disbursement | Balance |
|---|---|---|---|---|---|---|
| | | | TOTALS: | $0.00 | $0.00 | $0.00 |
| | | | Less: Bank transfers/CDs | $0.00 | $0.00 | |
| | | | Subtotal | $0.00 | $0.00 | |
| | | | Less: Payments to debtors | $0.00 | $0.00 | |
| | | | Net | $0.00 | $0.00 | |

**For the period of 9/2/2011 to 7/26/2012**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 11/01/2011 to 7/26/2012**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

FORM 2

CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 11-36189-DRC | Trustee Name: | David E. Grochocinski |
|---|---|---|---|
| Case Name: | CLEAR BLUE LUBE, INC. | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******6156 | Checking Acct #: | ******8901 |
| Co-Debtor Taxpayer ID #: | | Account Title: | DDA |
| For Period Beginning: | 9/2/2011 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 7/26/2012 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/07/2012 | | The Bank of New York Mellon | Transfer Funds | 9999-000 | $18,020.27 | | $18,020.27 |
| 02/10/2012 | 5001 | INTERNATIONAL SURETIES, LTD | Bond#016026455 Term: 2/1/12 to 2/01/13 | 2300-000 | | $16.02 | $18,004.25 |
| 02/29/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $21.56 | $17,982.69 |
| 03/14/2012 | (2) | CHARTER ONE | | 1129-000 | $35.05 | | $18,017.74 |
| 03/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $29.98 | $17,987.76 |
| 04/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $27.15 | $17,960.61 |
| 05/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $28.98 | $17,931.63 |
| 06/29/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $28.93 | $17,902.70 |

| | | | | |
|---|---|---|---|---|
| | | **TOTALS:** | $18,055.32 | $152.62 | $17,902.70 |
| | | Less: Bank transfers/CDs | $18,020.27 | $0.00 | |
| | | Subtotal | $35.05 | $152.62 | |
| | | Less: Payments to debtors | $0.00 | $0.00 | |
| | | **Net** | $35.05 | $152.62 | |

| For the period of 9/2/2011 to 7/26/2012 | | For the entire history of the account between 02/07/2012 to 7/26/2012 | |
|---|---|---|---|
| Total Compensable Receipts: | $35.05 | Total Compensable Receipts: | $35.05 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $35.05 | Total Comp/Non Comp Receipts: | $35.05 |
| Total Internal/Transfer Receipts: | $18,020.27 | Total Internal/Transfer Receipts: | $18,020.27 |
| | | | |
| Total Compensable Disbursements: | $152.62 | Total Compensable Disbursements: | $152.62 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $152.62 | Total Comp/Non Comp Disbursements: | $152.62 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No. | 11-36189-DRC |
| Case Name: | CLEAR BLUE LUBE, INC. |
| Primary Taxpayer ID #: | ******6156 |
| Co-Debtor Taxpayer ID #: | |
| For Period Beginning: | 9/2/2011 |
| For Period Ending: | 7/26/2012 |

| | |
|---|---|
| Trustee Name: | David E. Grochocinski |
| Bank Name: | Green Bank |
| Checking Acct #: | ******8901 |
| Account Title: | DDA |
| Blanket bond (per case limit): | $5,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $18,157.73 | $255.03 | $17,902.70 |

**For the period of 9/2/2011 to 7/26/2012**

| | |
|---|---|
| Total Compensable Receipts: | $18,157.73 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $18,157.73 |
| Total Internal/Transfer Receipts: | $18,020.27 |
| Total Compensable Disbursements: | $255.03 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $255.03 |
| Total Internal/Transfer Disbursements: | $18,020.27 |

**For the entire history of the case between 09/02/2011 to 7/26/2012**

| | |
|---|---|
| Total Compensable Receipts: | $18,157.73 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $18,157.73 |
| Total Internal/Transfer Receipts: | $18,020.27 |
| Total Compensable Disbursements: | $255.03 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $255.03 |
| Total Internal/Transfer Disbursements: | $18,020.27 |

| Case No.: | 11-36189-DRC | | | | Trustee Name: | | David E. Grochocinski | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Case Name: | CLEAR BLUE LUBE, INC. | | | | Date: | | 7/26/2012 | | | | |
| Claims Bar Date: | 01/13/2012 | | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | DAVID E. GROCHOCINSKI  1900 Ravinia Place  Orland Park IL 60451 | 06/01/2012 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $2,565.77 | $2,565.77 | $0.00 | $0.00 | $0.00 | $2,565.77 |
| | DAVID E. GROCHOCINSKI  1900 Ravinia Place  Orland Park IL 60451 | 06/01/2012 | Trustee Expenses | Allowed | 2200-000 | $0.00 | $280.00 | $280.00 | $0.00 | $0.00 | $0.00 | $280.00 |
| | SCOTT, HOREWITCH, PIDGEON & ABRAMS  2150 EAST LAKE COOK ROAD, SUITE 560  BUFFALO IL 60089 | 07/25/2012 | Accountant for Trustee Expenses (Other Firm) | Allowed | 3420-000 | $0.00 | $1,937.50 | $1,937.50 | $0.00 | $0.00 | $0.00 | $1,937.50 |
| | INNOVALAW, P. C.  1900 RAVINIA PLACE  ORLAND PARK IL 60462 | 06/01/2012 | Attorney for Trustee Expenses (Trustee Firm) | Allowed | 3120-000 | $0.00 | $49.34 | $49.34 | $0.00 | $0.00 | $0.00 | $49.34 |
| | INNOVALAW, P. C.  1900 RAVINIA  ORLAND PARK IL 60462 | 06/01/2012 | Attorney for Trustee Fees (Trustee Firm) | Allowed | 3110-000 | $0.00 | $4,122.50 | $4,122.50 | $0.00 | $0.00 | $0.00 | $4,122.50 |
| 1 | MONEY MAILER OF EASTERN DUPAGE  58 Chestnut Ave  Clarendon Hills, 60514 | 11/03/2011 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $365.00 | $365.00 | $0.00 | $0.00 | $0.00 | $365.00 |
| 2 | AMERICAN EXPRESS BANK, FSB  c o Becket and Lee LLP  POB 3001  Malvern PA 193550701 | 11/28/2011 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $5,574.79 | $5,574.79 | $0.00 | $0.00 | $0.00 | $5,574.79 |

**Claim Notes:**   (2-1) CREDIT CARD DEBT

| Case No. | 11-36189-DRC | | | | | | | Trustee Name: | David E. Grochocinski | |
|---|---|---|---|---|---|---|---|---|---|---|
| Case Name: | CLEAR BLUE LUBE, INC. | | | | | | | Date: | 7/26/2012 | |
| Claims Bar Date: | 01/13/2012 | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 | GUARDIAN PROTECTION SERVICE  174 Thorn Hill Rd  Warrendale PA 15086 | 12/20/2011 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $119.07 | $119.07 | $0.00 | $0.00 | $0.00 | $119.07 |
| 4 | EMPLOYERS PREFEERED INS. CO  255 Calilfornia St. Suite 900  San Francisco CA 94111 | 12/23/2011 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $0.00 | $398.83 | $398.83 | $0.00 | $0.00 | $0.00 | $398.83 |
| 5 | FLOOD BROTHERS DISPOSAL CO  17W697 Butterfield Rd  Oakbrook Terrace IL 60181 | 05/14/2012 | Tardy General Unsecured § 726(a)(3) | Allowed | 7200-000 | $0.00 | $283.03 | $283.03 | $0.00 | $0.00 | $0.00 | $283.03 |
| 6 | PARENT PETROLEUM  3340 W. Main ST  Saint Charles IL 60175 | 05/29/2012 | Tardy General Unsecured § 726(a)(3) | Allowed | 7200-000 | $0.00 | $3,300.55 | $3,300.55 | $0.00 | $0.00 | $0.00 | $3,300.55 |
| | | | | | | | $18,996.38 | $18,996.38 | $0.00 | $0.00 | $0.00 | $18,996.38 |

# CLAIM ANALYSIS REPORT

| | |   | | |
|---|---|---|---|---|
| **Case No.** | 11-36189-DRC | | **Trustee Name:** | David E. Grochocinski |
| **Case Name:** | CLEAR BLUE LUBE, INC. | | **Date:** | 7/26/2012 |
| **Claims Bar Date:** | 01/13/2012 | | | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---:|---:|---:|---:|---:|---:|
| Accountant for Trustee Expenses (Other Firm) | $1,937.50 | $1,937.50 | $0.00 | $0.00 | $0.00 | $1,937.50 |
| Attorney for Trustee Expenses (Trustee Firm) | $49.34 | $49.34 | $0.00 | $0.00 | $0.00 | $49.34 |
| Attorney for Trustee Fees (Trustee Firm) | $4,122.50 | $4,122.50 | $0.00 | $0.00 | $0.00 | $4,122.50 |
| General Unsecured § 726(a)(2) | $6,457.69 | $6,457.69 | $0.00 | $0.00 | $0.00 | $6,457.69 |
| Tardy General Unsecured § 726(a)(3) | $3,583.58 | $3,583.58 | $0.00 | $0.00 | $0.00 | $3,583.58 |
| Trustee Compensation | $2,565.77 | $2,565.77 | $0.00 | $0.00 | $0.00 | $2,565.77 |
| Trustee Expenses | $280.00 | $280.00 | $0.00 | $0.00 | $0.00 | $280.00 |

Exhibit D

# TRUSTEE'S PROPOSED DISTRIBUTION

Case No.: 11-36189-DRC
Case Name: CLEAR BLUE LUBE, INC.
Trustee Name: David E. Grochocinski

Balance on hand: $17,902.70

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors: $0.00
Remaining balance: $17,902.70

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David E. Grochocinski, Trustee Fees | $2,565.77 | $0.00 | $2,565.77 |
| David E. Grochocinski, Trustee Expenses | $280.00 | $0.00 | $280.00 |
| InnovaLaw, P. C., Attorney for Trustee Fees | $4,122.50 | $0.00 | $4,122.50 |
| InnovaLaw, P. C., Attorney for Trustee Expenses | $49.34 | $0.00 | $49.34 |
| SCOTT, HOREWITCH, PIDGEON & ABRAMS, Accountant for Trustee Expenses | $1,937.50 | $0.00 | $1,937.50 |

Total to be paid for chapter 7 administrative expenses: $8,955.11
Remaining balance: $8,947.59

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

Total to be paid to prior chapter administrative expenses: $0.00
Remaining balance: $8,947.59

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|  | Total to be paid to priority claims: | $0.00 |
|---|---|---|
|  | Remaining balance: | $8,947.59 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $6,457.69 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Money Mailer of Eastern DuPage | $365.00 | $0.00 | $365.00 |
| 2 | American Express Bank, FSB | $5,574.79 | $0.00 | $5,574.79 |
| 3 | Guardian Protection Service | $119.07 | $0.00 | $119.07 |
| 4 | Employers Prefeered Ins. Co | $398.83 | $0.00 | $398.83 |

|  | Total to be paid to timely general unsecured claims: | $6,457.69 |
|---|---|---|
|  | Remaining balance: | $2,489.90 |

Tardily filed claims of general (unsecured) creditors totaling $3,583.58 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 69.5 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 5 | Flood Brothers Disposal Co | $283.03 | $0.00 | $196.65 |
| 6 | Parent Petroleum | $3,300.55 | $0.00 | $2,293.25 |

|  | Total to be paid to tardily filed general unsecured claims: | $2,489.90 |
|---|---|---|
|  | Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |