**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 11-36189-DRC |
| | § | |
| CLEAR BLUE LUBE, INC. | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David E. Grochocinski, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Clerk of U.S. Bankruptcy Court, 219 Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 a. m. on 10/12/2012, in Courtroom 4016, United States Courthouse, DuPage County Courthouse, 505 N. County Farm Road, DuPage, IL 60187. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  09/05/2012                   By:  /s/ David E. Grochocinski
                                                (Trustee)

David E. Grochocinski
1900 Ravinia Place
Orland Park, IL, 60451

**UST-Form 101-7-NFR (5/1/2011)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 11-36189-DRC |
| | § | |
| CLEAR BLUE LUBE, INC. | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of* $18,157.73
*and approved disbursements of* $255.03
*leaving a balance on hand of[1]:* $17,902.70

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors: $0.00
Remaining balance: $17,902.70

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David E. Grochocinski, Trustee Fees | $2,565.77 | $0.00 | $2,565.77 |
| David E. Grochocinski, Trustee Expenses | $280.00 | $0.00 | $280.00 |
| InnovaLaw, P. C., Attorney for Trustee Fees | $4,122.50 | $0.00 | $4,122.50 |
| InnovaLaw, P. C., Attorney for Trustee Expenses | $49.34 | $0.00 | $49.34 |
| SCOTT, HOREWITCH, PIDGEON & ABRAMS, Accountant for Trustee Expenses | $1,937.50 | $0.00 | $1,937.50 |

Total to be paid for chapter 7 administrative expenses: $8,955.11
Remaining balance: $8,947.59

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST-Form 101-7-NFR (5/1/2011)**

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

|  |  |
|---|---:|
| Total to be paid to prior chapter administrative expenses: | $0.00 |
| Remaining balance: | $8,947.59 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|  |  |
|---|---:|
| Total to be paid to priority claims: | $0.00 |
| Remaining balance: | $8,947.59 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $6,457.69 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---:|---:|---:|
| 1 | Money Mailer of Eastern DuPage | $365.00 | $0.00 | $365.00 |
| 2 | American Express Bank, FSB | $5,574.79 | $0.00 | $5,574.79 |
| 3 | Guardian Protection Service | $119.07 | $0.00 | $119.07 |
| 4 | Employers Prefeered Ins. Co | $398.83 | $0.00 | $398.83 |

|  |  |
|---|---:|
| Total to be paid to timely general unsecured claims: | $6,457.69 |
| Remaining balance: | $2,489.90 |

Tardily filed claims of general (unsecured) creditors totaling $3,583.58 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 69.5 percent, plus interest (if applicable).

**UST-Form 101-7-NFR (5/1/2011)**

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 5 | Flood Brothers Disposal Co | $283.03 | $0.00 | $196.65 |
| 6 | Parent Petroleum | $3,300.55 | $0.00 | $2,293.25 |

Total to be paid to tardily filed general unsecured claims: $2,489.90
Remaining balance: $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

Total to be paid for subordinated claims: $0.00
Remaining balance: $0.00

Prepared By: /s/ David E. Grochocinski
Trustee

David E. Grochocinski
1900 Ravinia Place
Orland Park, IL, 60451

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST-Form 101-7-NFR (5/1/2011)**

```
                          United States Bankruptcy Court
                          Northern District of Illinois
In re:                                                              Case No. 11-36189-DRC
Clear Blue Lube, Inc                                                Chapter 7
          Debtor
                              CERTIFICATE OF NOTICE
District/off: 0752-1           User: arodarte            Page 1 of 2            Date Rcvd: Sep 06, 2012
                               Form ID: pdf006           Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 08, 2012.
db           +Clear Blue Lube, Inc,    24 2nd Street,    Downers Grove, IL 60515-5226
aty          +David P Lloyd,    Grochocinski Grochocski and Lloyd Ltd,    1900 Ravinia Road,
               Orland Park, IL 60462-3760
aty          +Grochocinski Grochocinski & Lloyd Ltd,    1900 Ravinia Place,    Orland Park, IL 60462-3760
17758750     +All Data,   9650 W Taron Dr, Ste 100,    Elk Grove, CA 95757-8197
17758751     +All Parts Auto Parts,    8425 W 79th St,    Justice, IL 60458-1401
17758752      American Express,    Bankruptcy Department,    PO Box 297812,    Fort Lauderdale, FL 33329-7812
18101074      American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
17758753     +Autozone,   7835 W 79th Street,    Bridgeview, IL 60455-1413
17758754     +Christopher Conkright,    24 2nd Street,    Downers Grove, IL 60515-5226
17758755     +Cintas,   PO Box 5,    Bedford Park, IL 60499-0005
17758756     +City of Hickory Hills,    Finance Department,    8652 W 95th Street,    Hickory Hills, IL 60457-1700
17758757      Comcast Cable,    PO Box 3002,    Southeastern, PA 19398-3002
17758759     +Computer Forms Inc,    PO Box 23456,   Portland, OR 97281-3456
18298806     +Employers Prefeered Ins. Co,    255 Calilfornia St. Suite 900,    San Francisco CA 94111-4920
17758760     +Flood Brothers Disposal Co,    17W697 Butterfield Rd,    Oakbrook Terrace, IL 60181-4042
17758761     +Frederick Norsolis,    760 Hartford Lane,    Bolingbrook, IL 60440-6172
17758762     +Guardian Protection Service,    174 Thorn Hill Rd,    Warrendale, PA 15086-7528
17758763     +Lease Finance Group,    Bankruptcy Department,    PO Box 1027,    Sioux Falls, SD 57101-1027
17758764     +Money Mailer of Eastern DuPage,    58 Chestnut Ave,    Clarendon Hills,   60514-1238
17758766     +New Vision Lube Service,    7850 W 95th Street,    Hickory Hills, IL 60457-2231
17758765     +New Vision Lube Service,    760 Hartford Lane,    Bolingbrook, IL 60440-6172
17758768     +Parent Petroleum,    3340 W. Main ST,    Saint Charles, IL 60175-1011
17758769     +Quality Oil Company,    610 W. 78th Ave,    Merrillville, IN 46410-5411
17758770     +Quality Oil Company,    55 N. 400 East,    Valparaiso, IN 46383-0613
17758771     +Richard Conkright,    5108 Wolf Rd,    Western Springs, IL 60558-1816
17758772     +SRS Snow Removal,    8546 S Cicero,    Burbank, IL 60459-2810
17758773     +Travelers Insurance,    PO Box 660317,    Dallas, TX 75266-0317
17758774     +True Green,   PO Box 9001501,    Louisville, KY 40290-1501
17758775     +ValPak,   5101 W 159th St,    Oak Forest, IL 60452-3432
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17758758     +E-mail/Text: legalcollections@comed.com Sep 06 2012 23:48:04     ComEd Company,
               Customer Care Ctr, Attn Revenue Mgm,    2100 Swift Drive,    Oak Brook, IL 60523-1559
17758767     +E-mail/Text: bankrup@nicor.com Sep 06 2012 23:45:42     Nicor Gas,    Bankruptcy Department,
               1844 Ferry Road, 7W,    Naperville, IL 60563-9662
                                                                                              TOTAL: 2

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Sep 08, 2012**                               **Signature:** *Joseph Speetjens*

```
District/off: 0752-1           User: arodarte              Page 2 of 2                   Date Rcvd: Sep 06, 2012
                               Form ID: pdf006             Total Noticed: 31
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 5, 2012 at the address(es) listed below:
         Ariane  Holtschlag    on behalf of Trustee David Grochocinski lawyers@innovalaw.com
         David E Grochocinski    on behalf of Trustee David Grochocinski lawyers@innovalaw.com,
          lawyers@innovalaw.com
         David E Grochocinski    dgrochocinski@innovalaw.com,  deg@trustesolutions.net
         Kathleen M. McGuire    on behalf of Trustee David Grochocinski kmcguire@innovalaw.com,
          kmmcguirelaw@sbcglobal.net
         Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
         Thomas W Lynch    on behalf of Debtor  Clear Blue Lube, Inc twlpc@worldnet.att.net
                                                                                                                                                                                                     TOTAL: 6

Case 11-36189    Doc 28    Filed 09/06/12    Entered 09/08/12 23:32:11    Desc Imaged
Certificate of Notice    Page 6 of 6